# BROUSSARD DAVID & MOROUX
INJURY LAW

T: 337.233.2323
F: 337.233.2353
Toll Free: 888.337.2323

JusticeObtained.com

**Mailing Address:**
P.O. Box 3524
Lafayette, LA 70502-3524

**Physical Addresses:**
557 Jefferson Street
Lafayette, LA 70501

324 Courthouse Alley
Covington, LA 70433

1100 Poydras Street
Energy Centre, Suite 3250
New Orleans, LA 70130



Richard C. Broussard†
Blake R. David*†
Jerome H. Moroux†
J. Derek Aswell†
Robert B. Brahan, Jr.
Scott M. Richard
Reed K. Ellis
John S. Alford
Emily C. Borgen
Blair B. Alford
Tyler A. Frederick
Hayden L. Carlos
Rachael P. Catalanotto

*Board Certified-Civil Trial Advocacy,
National Board of Trial Advocacy

†A Professional Law Corporation

---

September 6, 2024

VIA E-FILE
Clerk of Court, USDC Western District of Louisiana
800 Lafayette St., Ste. 2100
Lafayette, LA 70501

      Re:    Mills Cashway Pharmacy, Inc. v. Humana, Inc., et al
             Docket # 6:24-cv-00872

Dear Clerk:

Please be advised that the above matter has settled in full.

Dismissal will be in the very near future.

With kind regards, I am,

Yours truly,

Blake R. David

BRD:kca